**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| Summer Mixon, on behalf of herself and all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>United States of America,<br><br>     Defendant. | **Case No. 4:22-cv-00269-RBH** |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF SUMMER MIXON'S CLAIMS

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal rules of Civil Procedure, the plaintiff Summer Mixon and their counsel(s), along with defendant United States of America and their counsel(s), hereby jointly stipulate to the voluntarily dismissal in the above-captioned action with regards to all Plaintiff's claims, without prejudice, against the defendant United States of America.

*/s/Paul J. Doolittle*

Paul J. Doolittle
Poulin| Willey| Anastopoulo Law Firm LLC
32 Anne Street
Charleston, SC 29403

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: *s/ Jennifer L. Mallory*

Jennifer L. Mallory
Assistant United States Attorney
1441 Main Street Suite 500
Columbia, SC 29201

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 14, 2022, I served the foregoing via the Court's CM/ECF system, which sends electronic mail to all counsel of record.

*/s/Paul J. Doolittle*